# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALLAN W. CONNOLLY, | |
| **Plaintiff,** | Civil Action Number: <br> 1:09-CV-1954-RWS |
| vs. | |
| BEST BUY CO, INC. and BEST BUY STORES, L.P., | |
| **Defendants.** | |

## CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE ITS RESPONSIVE PLEADING

COME NOW the parties in the above-styled action by and through their counsel, and respectfully move this Honorable court for an extension of the deadline for Defendants to file their responsive pleading in this matter.

In support of this motion, the parties state as follows:

1) The current deadline for the filing of a responsive pleading by Defendants is August 10, 2009.

2) Defendants' counsel is reviewing the Complaint and its allegations. Plaintiff's counsel is gathering additional information to assist Defendants.

3) To facilitate these efforts, the parties agreed to request a two-week extension for Defendants to respond to Plaintiff's Complaint.

Therefore, the parties request an extension of time up to and including August 24, 2009 for Defendants to respond to Plaintiff's Complaint.

Respectfully submitted this 3rd day of August, 2009.

| | |
|---|---|
| /s/ Charles R. Bridgers | /s/ Mary Thomas |
| Charles R. Bridgers | Mary Thomas |
| Ga. Bar No. 080791 | Senior Corporate Counsel |
| /s/ Kevin D. Fitzpatrick, Jr. | Minnesota Bar Number: 0222586 |
| Kevin D. Fitzpatrick, Jr., | Best Buy Enterprise Services, Inc. |
| Ga. Bar No. 262375 | Legal Department ; B6-152 |
| 3100 Centennial Tower | 7601 Penn Avenue South |
| 101 Marietta Street | Richfield, MN  55423 |
| Atlanta, GA 30303 | |
| (404) 979-3150 | |
| (404) 979-3170 (f) | |
| charlesbridgers@dcnblaw.com | |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALLAN W. CONNOLLY, | :  |
| Plaintiff, | : Civil Action Number: |
| | : 1:09-CV-1954-RWS |
| vs. | : |
| BEST BUY CO, INC. and BEST BUY STORES, L.P., | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing *Consent Motion for an Extension of Time for Defendants to File Its Responsive Pleading* with the Clerk of Court using the CM/ECF and have served it by first class mail addressed as follows:

Mary Thomas
Senior Corporate Counsel
Best Buy Enterprise Services, Inc.
Legal Department ; B6-152
7601 Penn Avenue South
Richfield, MN  55423

Dated this 3rd day of August, 2009.

/s/ Kevin D. Fitzpatrick, Jr.
Counsel for Plaintiff
Georgia Bar No. 262375